## Commonwealth *v.* Button, Appellant.

Submitted April 14, 1975.

*Joseph A. Massa, Jr.*, Public Defender, for appellant; *William F. Morgan*, Assistant District Attorney, and *Samuel F. Bonavita*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.